**Stephen R. BARD, Appellant,**

v.

**Bonnie BARD, Respondent.**

No. ED 104806

Missouri Court of Appeals,
Eastern District,
DIVISION FOUR.

FILED: December 19, 2017

ATTORNEY FOR APPELLANT: Richard J. Eisen, Margaret Arianne Boudrea, Co-Counsel, 7733 Forsyth Blvd., Suite 325, Clayton, MO 63105, GROWE, EISEN, KARLEN, EILERTS, L.L.C.

ATTORNEY FOR RESPONDENT: Maia Brodie, Sarah Joy Galloway, Co-Counsel, 222 South Central Avenue, Suite 708, Clayton, MO 63105, KEEFE & BRODIE.

Before Colleen Dolan, P.J., Mary K. Hoff, J., and Lisa S. Van Amburg, J.

### ORDER

PER CURIAM

Stephen R. Bard appeals from the Amended Judgment of Dissolution of Marriage dissolving his marriage to Bonnie Bard. We affirm.

We have reviewed the briefs of the parties, the legal file, and the record on appeal and find the claims of error to be without merit. No error of law appears. An extended opinion reciting the detailed facts and restating the principles of law applicable to this case would serve no jurisprudential or precedential purpose. We have, however, provided a memorandum opinion for the use of the parties setting forth the reasons for our decision. We affirm the Judgment pursuant to Rule 84.16(b).